UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: REED, JAMES KURT  CASE NO: 08-11096
      DEBTOR  CHAPTER 7

MOTION TO SELL MOVABLE PROPERTY TO DEBTOR

The motion of DWAYNE M. MURRAY, Trustee, and REED, JAMES KURT, Debtor/Purchaser, respectfully represents that:

1.

Debtor's Petition was filed as a Chapter 7 on 08/05/2008.

2.

The Trustee proposes and desires to sell to Purchaser all the estate's right, title and interest in the following:

DEN COMPUTER

3.

The sale shall be without any warranty or recourse whatsoever on the part of the Trustee, even as to the return of the purchase price, but with full substitution and subrogation to all rights and actions of warranty against all preceding owners, vendors or mortgagors. The debtor shall buy the property subject to any and all taxes and liens affecting the property. The purchase price for the property to be sold herein is $150.00, which will be paid in cash at the sale or the Trustee is currently holding said sum in escrow.

4.

The Trustee believes that the total sales price offered by the debtor is the best value that he will receive for the property. The Trustee believes that this sale is in the best interest of the creditors.

WHEREFORE, Trustee and debtor(s) pray that, after notice of the Motion to all parties in interest and opportunity for hearing, that an Order be entered by this Court authorizing the Trustee to sell by private sale, the property described for the price and on the terms set forth.

Dated: 08/23/2010  Respectfully submitted:

/s/Dwayne M. Murray
Dwayne M. Murray, Bar No. 18658, Trustee
660 N. Foster, Ste. B-101
Baton Rouge, LA 70806
Telephone: (225) 303-0450